IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHY ROSSELL, | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-195 (SLR) |
| COUNTY BANK, a bank organized under the laws of the State of Delaware, | : |
| Defendant. | : |

### DEFENDANT COUNTY BANK'S RULE 12(b)(6) MOTION TO DISMISS

Defendant County Bank, by and through its undersigned attorneys, pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby submits its Motion to Dismiss the Complaint. The basis for the motion is set forth in County Bank's Opening Brief in Support of Its Rule 12(b)(6) Motion to Dismiss, filed contemporaneously herewith.

DUANE MORRIS LLP

/s/ Daniel V. Folt
Daniel V. Folt (Bar I.D. No. 3143)
Gary W. Lipkin (Bar I.D. No. 4044)
1100 N. Market St., Suite 1200
Wilmington, DE 19801
302.657.4927

Dated: June 2, 2005

Attorneys for Defendant County Bank

WLM\208873.1