## CERTIFICATE OF SERVICE

I, Gary W. Lipkin, do hereby certify on this 2nd day of June 2005, that I caused to be served the foregoing "Defendant County Bank's Rule 12(b)(6) Motion To Dismiss" on the following counsel of record via e-filing:

> Roy S. Shiels, Esq.
> Brown, Shiels, Beauregard & Chasanov
> 108 E. Water St.
> P.O. Drawer F
> Dover, Delaware 19903

/s/ Gary W. Lipkin (I.D. No. 4044)

WLM\208886 1