## CERTIFICATE OF SERVICE

I, Gary W. Lipkin, do hereby certify on this 22nd day of July 2005, that I caused to be served the foregoing "Defendant County Bank's Reply Brief In Support Of Its Rule 12(b)(6) Motion To Dismiss" on the following counsel of record via e-filing:

>Roy S. Shiels, Esq.
>Brown, Shiels, Beauregard & Chasanov
>108 E. Water St.
>P.O. Drawer F
>Dover, Delaware 19903

/s/ Gary W. Lipkin (I.D. No. 4044)

WLM\210071.1