IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHY ROSSELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-195-SLR |
| | ) |
| COUNTY BANK, a bank organized | ) |
| under the law of the State of | ) |
| Delaware, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 27th day of March, 2006, for the reasons stated in the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion to dismiss pursuant to 12(b)(6) of the Federal Rules of Civil Procedure (D.I. 2) is granted.

_____
United States District Judge