NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

| | |
|---|---|
| U. S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE | CIRCUIT COURT<br>DOCKET NUMBER: 05-195-SLR |
| KATHY ROSSELL | |
| V | |
| COUNTY BANK, A bank organized under the Law of the State of Delaware | DISTRICT COURT<br>JUDGE: SUE L. ROBINSON |

NOTICE IS HEREBY GIVEN THAT KATHY ROSSELL

Appeals to the United States Court of Appeals for the Third Circuit from ( )Judgment, (X) Order, ( ) Other (specify)

Entered in this action on   March 27, 2006

Dated:  April 13, 2006


        /s/ ROY S. SHIELS, ESQUIRE


| | |
|---|---|
| ROY S. SHIELS, ESQUIRE | DAVID V. FOLT, ESQUIRE |
| BROWN, SHIELS & OBRIEN | 1100 N. MARKET STREET, SUITE 200 |
| 108 E. WATER STREET | WILMINGTON, DE 19801 |
| DOVER, DELAWARE 19901 | |

NOTED:  USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on Notice
         Of Appeal Sheet