**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 06-2299

Rossell

vs.

County Bank

Kathy S. Rossell, Appellant

(Delaware District Civil No. 05-cv-00195)

O R D E R

    Pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Third Circuit LAR 11.1 and Misc. 107.1(b),

    It is O R D E R E D that the above-entitled case is hereby dismissed for failure to order a transcript of the proceedings in the lower court as required, or to notify the Court that a transcript was not necessary for the prosecution of the appeal.

    It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*
Clerk

Date: February 1, 2007
cc:
    Roy S. Shiels, Esq.
    Daniel V. Folt, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk