# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 6, 2007
CCO-64

No. **06-2299**

Kathy Rossell, Appellant
v.
County Bank
(District of Delaware (D.C.#05-cv-00195))

**Present:** RENDELL, SMITH and JORDAN, <u>Circuit Judges</u>

1. Motion by Appellant to Reopen Appeal.

**Response due 02/20/07**

/s/ Carmella L. Wells
Carmella L. Wells 267-299-4928
Case Manager

**O R D E R**

The foregoing Motion by Appellant to Reopen Appeal is GRANTED.

By the Court,

/s/ D. Brooks Smith
**Circuit Judge**

A True Copy:

Marcia M. Waldron, Clerk

**Dated:** February 13, 2007
CLW/cc: Roy S. Shiels, Esq.
Daniel V. Folt, Esq.