UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————————————

No.06-2299

———————————————

KATHY S. ROSSELL,

v.

COUNTY BANK,
a Banking Institution of the State of Delaware

On Appeal from the United States District Court
For the District of Delaware
Honorable Sue L. Robinson
Civil Action No. 05-cv-00195

Submitted Under Third Circuit LAR 34.1 (a)
February 4, 2008

BEFORE McKEE, AMBRO, Circuit Judges and
IRENAS[*]

———————————————

JUDGMENT

———————————————

This cause came to be heard on the record from the United States District Court

————————————

[*]Honorable Joseph E. Irenas, District Judge, sitting by designation from the United States
District Court of New Jersey.

for the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a) on February 4, 2008.

On consideration whereof, it is hereby ORDERED AND ADJUDGED by this Court that the order of the District Court dated March 27, 2006 granting Appellee's motion to dismiss is affirmed.

ATTEST:

Marcia M. Waldron
Clerk

DATED: March 25, 2008

Certified as a true copy and issued in lieu
of a formal mandate on 04/16/08

Teste:
A True Copy:
Clerk, U.S. Court of Appeals for the Third Circuit
Marcia M. Waldron

Marcia M. Waldron, Clerk